THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Alfred Palmer,       
Appellant.
 
 
 

Appeal From Richland County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2003-UP-611
Submitted August 20, 2003  Filed 
 October 20, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Alfred Palmer was indicted for 
 trafficking in cocaine 400 grams or more.  The jury found him guilty.  The judge 
 sentenced him to thirty years.  Palmers appellate counsel filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted 
 a petition to be relieved from representation, asserting there are no directly 
 appealable issues of arguable merit.  Palmer filed a pro se response 
 with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., ANDERSON and CURETON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.